WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Prior counsel for Defendant, Deutsche Bank National Trust Company, as trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LYNN R. HYMAS, an individual and SUSAN HYMAS, an individual,<br><br>Plaintiff,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-NC2, a New York corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; NEW CENTURY MORTGAGE CORPORATION, a California corporation; DOES I through X, individuals and ROES I through X, corporations, inclusive;<br><br>Defendants. | Case No.: 2:13-cv-01869-RCJ-GWF<br><br>**SUBSTITUTION OF COUNSEL** |

///
///
///
///
///
///
///
///
///

Page 1 of 4

1  SNELL & WILMER, LLP is hereby substituted as counsel of record for Defendant Deutsche Bank National Trust Company, as trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2 in the above-entitled matter in place of and instead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 13 day of March, 2015.

WELLS FARGO BANK, N.A., SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-NC2

By: Brian O'laughlin
Its: Counsel

WRIGHT, FINLAY & ZAK, LLP hereby substitutes in its place and stead the law firm of SNELL & WILMER, LLP as attorneys for Deutsche Bank National Trust Company, as trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, in the above entitled matter.

DATED this 12 day of February, 2015.

WRIGHT, FINLAY & ZAK, LLP

Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Prior counsel for Deutsche Bank National Trust Company, as trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2*

1    SNELL & WILMER, LLP hereby accepts substitution as attorneys for Deutsche Bank
2  National Trust Company, as trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, in the
3  above entitled matter in place and stead of WRIGHT, FINLAY & ZAK, LLP.

5  DATED this 3rd day of February, 2015.

SNELL & WILMER, LLP

_____
Richard C. Gordon, Esq.
Nevada Bar No. 9036
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
*Attorney for Deutsche Bank National Trust Company, as trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2*

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**
**DATED:   March 27, 2015**

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the **SUBSTITUTION OF COUNSEL** by the method indicated:

|   |   |
|---|---|
| _____ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Federal Express |
| _____ | Hand Delivery |
| _____ | E-mail |
| __X__ | Electronic Submission: submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case. |

| **Firm** | **Contact** | **Email** |
|---|---|---|
|  | H. Stan Johnson, Esq. on behalf of Lynn R. Hymas | sjohnson@cohenjohnson.com |
|  | H. Stan Johnson, Esq. on behalf of Susan Hymas | sjohnson@cohenjohnson.com |
|  | Christopher M. Hunter, Esq. on behalf of Quality Loan Service Corporation | chunter@mccarthyholthus.com |
|  | Janice Jacovino, Esq. on behalf of Quality Loan Service Corporation | jjacovino@McCarthyHolthus.com |
|  | Kristin A. Schuler-Hintz, Esq. on behalf of Quality Loan Service Corporation | FDCNV@mccarthyholthus.com |

DATED this __26th__ day of March 2015.

/s/ Julia Melnar
An employee of Snell & Wilmer L.L.P.

21242689