**COHEN-JOHNSON, LLC**
H. STAN JOHNSON, ESQ.
Nevada Bar No.: 0265
sjohnson@cohenjohnson.com
255 E. Warm Springs Road, Ste. 100
Las Vegas, Nevada 89119
Tel. (702) 823-3500
Facsimile: (702) 823-3400
*Attorney for Plaintiffs*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| LYNN R. HYMAS, an individual and SUSAN HYMAS, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-NC2, a New York corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; NEW CENTURY MORTGAGE CORPORATION, a California corporation; DOES I through X, individuals and ROES I through X, corporations, inclusive; <br><br>Defendants. | Case No.: 2:13-cv-01869-RCJ-GWF <br><br>**STIPULATION AND JOINT MOTION FOR EXTENSION OF DEADLINE TO SUBMIT PROPOSED PRETRIAL ORDER** <br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND MOVED, by and between the parties, plaintiffs Lynn R. Hymas and Susan Hymas ("Plaintiffs"), by and through their attorneys of record, the law firm COHEN-JOHNSON, LLC, and defendant Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2, ("Defendant"), by and through its attorneys, the law firm SNELL & WILMER L.L.P., and Defendant Quality Loan Service Corporation, by and through their attorneys of record, MCCARTHY & HOLTHUS, LLP, that the deadline for the parties to submit a joint pretrial order under LR 16-3 and LR 16-4 be extended from July 29, 2015 to August 31, 2015.

The parties stipulate and agree that good cause exists for the requested extension. Plaintiffs are desirous to explore and discuss alternative dispute resolutions or other means of resolving this case; as opposed to engaging using judicial resources or advancing pre-trial preparation, with its associated fees and costs. Defendants are likewise desirous to explore other means of resolution as opposed to preparing for trial.

Dated this 29th day of July, 2015.

**COHEN|JOHNSON, LLC**

 /s/ H. Stan Johnson_____
H. STAN JOHNSON, ESQ.
Nevada Bar No.: 0265
255 E. Warm Springs Road, Ste. 100
Las Vegas, Nevada  89119
*Attorneys for Plaintiffs*

**McCARTHY & HOLTHUS, LLP.**

 /s/ Gary S. Fink_____
Gary S. Fink, Esq.
Nevada Bar No.: 8064
9510 W. Sahara, Suite 200
Las Vegas, Nevada 89117
*Attorney for Defendant Quality Loan Service Corporation*

**SNELL & WILMER, L.L.P.**

 /s/ Amy F. Sorenson_____
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant Deutsche Bank
National Trust Company, as Trustee for
Morgan Stanley Capital I Trust 2006-NC2*

**ORDER**

IT IS HEREBY ORDERED that a Status Conference is set for 10:00 A.M., Wednesday, September 9, 2015, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS SO ORDERED this 31st day of July, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29th, 2015, I electronically transmitted the foregoing **STIPULATION AND JOINT MOTION FOR EXTENSION OF DEADLINE TO SUBMIT PROPOSED PRETRIAL ORDER** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ C.J. Barnabi
An employee of Cohen-Johnson, LLC

**COHEN-JOHNSON, LLC**
255 E. Warm Springs Road, Suite 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400