Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
Email: hcheong@swlaw.com

*Attorneys for Defendant*
*DEUTSCHE BANK, NATIONAL TRUST COMPANY,*
*AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNN R. HYMAS, an individual and SUSAN HYMAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-NC2, a New York corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; NEW CENTURY MORTGAGE CORPORATION, a California corporation; DOES I through X, individuals and ROES I through X, corporations, inclusive;<br><br>Defendants. | Case No.: 2:13-cv-01869-RCJ-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PARTIAL COUNTERMOTION FOR SUMMARY JUDGMENT, FILE REPLY IN SUPPORT OF DEUTSCHE BANK'S MOTION TO DISMISS, AND FILE REPLY IN SUPPORT OF PLAINTIFFS' PARTIAL COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiffs Lynn R. Hymas and Susan Hymas ("Plaintiffs"), by and through their undersigned counsel of record, Cohen-Johnson, LLC, and Defendant Deutsche Bank National Trust Company, as Trustee for Morgan Stanley I Inc. Trust 2006-NC2 ("Deutsche Bank"), by and

through their undersigned counsel of record, the law firm of Snell & Wilmer L.L.P., (collectively the "Parties"), for good cause shown, hereby stipulate and agree to an extension of time for Deutsche Bank to respond to Plaintiffs' Countermotion for Partial Summary Judgment, Deutsche Bank to file a reply in support of its Motion to Dismiss, and Plaintiffs to file a reply in support of their Countermotion for Summary Judgment.

WHEREAS, on August 21, 2015, Deutsche Bank filed a Motion to Dismiss Second Amended Complaint. [Doc. No. 59.] Plaintiffs filed an Opposition and Countermotion for Partial Summary Judgment on September 8, 2015. [Doc. No. 64.] Deutsche Bank has requested until October 2, 2015 to respond to Plaintiffs' Countermotion for Partial Summary Judgment and file a reply in support of its Motion to Dismiss. Furthermore, Plaintiffs have requested until October 23, 2015 to file a reply in support of their Countermotion for Partial Summary Judgment.

WHEREAS, no other extensions of time to respond to Plaintiffs' Countermotion for Partial Summary Judgment and file replies in support of Deutsche Bank's Motion to Dismiss and Plaintiffs' Countermotion for Partial Summary Judgment have been granted.

WHEREAS, Deutsche Bank needs time to properly respond to Plaintiffs' Countermotion for Partial Summary Judgment given Deutsche Bank's recent substitution of counsel in this action.

IT IS HEREBY STIPULATED AND AGREED that Deutsche Bank's Opposition to Plaintiffs' Countermotion for Partial Summary Judgment and Reply in Support of Motion to Dismiss will be due on October 2, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs' Reply in Support of Countermotion for Partial Summary Judgment will be due October 23, 2015.

Dated: September 15, 2015

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
    Amy F. Sorenson, Esq.
    Richard C. Gordon, Esq.
    Holly E. Cheong, Esq.
    3883 Howard Hughes Parkway, #1100
    Las Vegas, Nevada 89169
    *Attorneys for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2*

Dated: September 15, 2015

COHEN-JOHNSON, LLC

By: */s/ Chris Davis*
    H. Stan Johnson, Esq.
    Chris Davis, Esq.
    255 E. Warm Springs Road, Suite 100
    Las Vegas, NV 89119

    *Attorneys for Plaintiffs*

## **ORDER**

IT IS SO ORDERED.

Dated this 16th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
    Amy F. Sorenson, Esq.
    Richard C. Gordon, Esq.
    Holly E. Cheong, Esq.
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169
    *Attorneys for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Capital I Inc. Trust 2006-NC2*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2015, I electronically transmitted the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PARTIAL COUNTERMOTION FOR SUMMARY JUDGMENT, FILE REPLY IN SUPPORT OF DEUTSCHE BANK'S MOTION TO DISMISS, AND FILE REPLY IN SUPPORT OF PLAINTIFFS' PARTIAL COUNTERMOTION FOR SUMMARY JUDGMENT (First Request)** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Maricris Williams*
An employee of Snell & Wilmer L.L.P.

22546985.1